# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **Alphonzo Leon Johnson**, | **Civil No. 06-2687 (PAM-JJG)** |
| Plaintiff, | |
| v. | **ORDER** |
| **Carol Holinka**, | |
| Respondent. | |

This matter is before the undersigned upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, and being duly advised of all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. Johnson's writ for habeas corpus is **Denied** pursuant to 28 U.S.C. § 2241.

2. This case is **Dismissed with prejudice.**

Dated this 14th day of May, 2007.

s/ Paul A. Magnuson
PAUL A. MAGNUSON
United States District Court Judge